**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000439
26-OCT-2017
10:53 AM**

NO. CAAP-17-0000439

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE
JITSUYOSHI NAKANDAKARE TRUST

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(T. NO. 15-1-0148)

ORDER GRANTING THE OCTOBER 6, 2017 MOTION TO DISMISS CROSS-APPEAL
(By: Nakamura, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the "Motion for Dismissal of Cross-Appeal," filed on October 6, 2017, by Respondents-Appellees/Cross-Appellants Fay H. Jitchaku and Sandra R. Nakandakare, the attachments thereto, and the record,

IT IS HEREBY ORDERED that the motion to dismiss is granted, and the cross-appeal is dismissed.

DATED: Honolulu, Hawai'i, October 26, 2017.

Chief Judge

Associate Judge

Associate Judge